UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

K.R. Jones,

        Plaintiff,

v.

                                   ORDER
                                   Civil No. 11-616 (MJD/AJB)

T. Harcey, et al.,

        Defendants.

_____

The above-entitled matter comes before the Court on Plaintiff's objection to the Report and Recommendation of Chief United States Magistrate Judge Arthur J. Boylan dated February 9, 2012.   The Plaintiff objects to the Magistrate Judge's recommendation that the Defendants' motion to dismiss or in the alternative for summary judgment be granted and that this action be dismissed with prejudice.

Pursuant to statute, the Court has conducted a _de novo_ review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based on that review, the Court will adopt the Report and Recommendation in its entirety.

IT IS HEREBY ORDERED that:

1.    Defendant's Motion to Dismiss and/or for Summary Judgment [Doc. No. 16] is GRANTED; and

2.      This action is dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Date:   July 13, 2012


                                    s/ Michael J. Davis
                                    Michael J. Davis
                                    Chief Judge
                                    United States District Court


Civil No. 11-616